1

2

3

4

5

6

7

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                          9/12/2023

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:        JB         DEPUTY
```

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       June 2023 Grand Jury

11   UNITED STATES OF AMERICA,          CR  2:23-cr-00454-MWF

12              Plaintiff,              I N D I C T M E N T

13              v.                      [18 U.S.C. § 922(g)(1): Felon in
                                        Possession of a Firearm and
14   ANTONIO CRUZ DELEON,               Ammunition; 18 U.S.C. § 924(d)(1)
                                        and 28 U.S.C. § 2461(c): Criminal
15              Defendant.              Forfeiture]

16

17       The Grand Jury charges:

18                    [18 U.S.C. § 922(g)(1)]

19       On or about August 26, 2023, in Los Angeles County, within the

20   Central District of California, defendant ANTONIO CRUZ DELEON

21   knowingly possessed a firearm, namely, a Bersa S.A. Thunder .380

22   automatic Colt pistol, bearing serial number 953099, and ammunition,

23   namely, seven rounds of Vista Outdoor .380 caliber ammunition, each

24   in and affecting interstate and foreign commerce.

25       Defendant DELEON possessed such firearm and ammunition knowing

26   that he had previously been convicted of a felony crime punishable by

27   a term of imprisonment exceeding one year, namely,

28   Obstruction/Resisting an Executive Officer by Means of Threats and

Violence, in violation of California Penal Code Section 69, in the
Superior Court of the State of California, County of Los Angeles,
Case Number PA094004, on or about February 7, 2020.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

3

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
General Crimes Section

4